UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 1:23-cv-01183-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>Doc. 16 |

Plaintiff Daniel Ray Calderon is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2024, the assigned magistrate judge entered findings and recommendations, recommending that this action be dismissed, without prejudice, based on plaintiff's failure to state any cognizable claims. Doc. 16. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty days of service. *Id.* at 9. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. After carefully reviewing the file, the court finds the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on June 20, 2024, Doc. 16, are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for failure to state a claim; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    November 2, 2024

_____
UNITED STATES DISTRICT JUDGE